UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, JR., <br><br> Plaintiff, <br><br> v. <br><br> T. VIRGA, et al., <br><br> Defendants. | No. 2:14-cv-2220 TLN DB P <br><br><br> ORDER |

On August 12, 2020, plaintiff filed a notice of amendment. (ECF No. 92). This civil rights action was closed on January 11, 2017. (ECF Nos. 81, 82). Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: August 17, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/tuns2220.58